# CRIMINAL COMPLAINT
(Electronically Submitted)

# United States District Court

**DISTRICT of ARIZONA**

**United States of America**
v.
**Monico De La-Cruz**
YOB: 1994; Citizen of Mexico

**DOCKET NO.**

**MAGISTRATE'S CASE NO.**
26-08428MJ

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>: On or about January 8, 2026, at or near Cowlic, in the District of Arizona, **Monico De La-Cruz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on April 30, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

<u>Count 2</u>: On or about January 7, 2026, at or near Lukeville, in District of Arizona, **Monico De La-Cruz**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Monico De La-Cruz** is a citizen of Mexico. On April 30, 2025, **Monico De La-Cruz** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On January 8, 2026, agents found **Monico De La-Cruz** in the United States at or near Cowlic, Arizona without the proper immigration documents. **Monico De La-Cruz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Monico De La-Cruz** admitted to illegally entering the United States of America from Mexico on or about January 7, 2026, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

*DETENTION REQUESTED*

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

**SIGNATURE OF COMPLAINANT** (official title)

**OFFICIAL TITLE**
Eric R. Wood
Border Patrol Agent

Sworn by telephone  x

**SIGNATURE OF MAGISTRATE JUDGE**[1]

**DATE**
January 12, 2026

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins